Damages $2,000,000,000,000 usd

December 8, 2021

Jason Lavet Bethune 02.08.1973
JASON LAVET BETHUNE 02.13.1973
YOUR MAJESTY JAY MONEY MACK BEY

CASE 0:21-cv-02644-PAM-DTS Doc. 1 Filed 12/08/21 Page 1 of 1
21-cv-2644 PAM/DTS

RECEIVED
DEC 08 2021
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

332 Minnesota St, N 650,
St. Paul, MN, 55101

→ St. Paul. Social Security ALL
  MR. Jimmy
  MR Shia
  MR. Hassus

Made improper changes to file. Illegally to retaliate for me suing Social Security office this has caused a great hardship on me and my family.

St. Cloud office Social Security is charged with Conspiracy only Failure to provide remedy and Report wrongdoing

A.DA Violations
Racial Intimidation
→ Civil Rights Violation
4th Amendment violations
1st Amendment Violations
14 Amendment violations
Assault of Disable Person
Theft by Deception.
Trademark Infringement

SCANNED
DEC 09 2021
U.S. DISTRICT COURT ST. PAUL